

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00240-CV

———————————————

IN RE ELIZABETH CASE, Relator

———————————————

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 25-3863-393

———————————————

Before Birdwell, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: April 15, 2026